```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   24 Cr. 410-1 (LJL)
     -against-                       :   ORDER
                                     :
Mariah Gonzalez                      :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to permit Pretrial Services to remove the defendant's GPS ankle monitor on December 9, 2024, in preparation for her surrender to the Bureau of Prisons scheduled for the following date.

    Dated: New York, New York
          December  9 , 2024

                                      SO ORDERED:

                                      _____
                                      LEWIS J. LIMAN
                                      United States District Judge